THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. QUINTEN SKIPWITH, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Orange County, imposed August 20, 1973.

Sentence affirmed. No opinion. The case is remitted to the County Court, Orange County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.